OPINION — AG — ** MODIFICATION — LEASE — CONTRACT ** OPINION DEALING WITH: MODIFICATION OF ITS LEASE COVERING THE LODGE AND CABINS AND CERTAIN OTHER CONCESSIONS AT SEQUOYAH STATE PARK, AND IN WHICH LETTER NEEDED AN OPINION TO WHAT AUTHORITY OF THE BOARD (OKLAHOMA PLANNING AND RESOURCES BOARD) TO ENTER INTO SUCH AN AGREEMENT. (CONTRACTS, LEASE, STATE PROPERTY) CITE: 74 O.S. 356.2 [74-356.2], OPINION NO. DECEMBER 14, 1955, OPINION NO. DECEMBER 19, 1956 (JAMES C. HARKIN)